FILED
FEB 22 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR NO 2:07cr31-WHA
ARELLANO )
*LUIS HERNANDEZ-~~ARRELLANO~~ ) [8 U.S.C. 1326(b)(1)]
)
) **INDICTMENT**
)

The Grand Jury charges that:

<u>COUNT 1</u>

On or about the 5th day of May, 2006, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

**ARELLANO\***
**LUIS HERNANDEZ-~~ARRELLANO~~,**

an alien who had previously been deported from the United States, knowingly and unlawfully entered and was found in the United States in Montgomery County, Alabama, on May 5, 2006, the said defendant having not obtained the consent of the Attorney General or the Secretary for Homeland Security of the United States, in violation of Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney

SCANNED

*CORRECTED PURSUANT TO COURT'S MARCH 20, 2007, ORAL ORDER