| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: **FEBRUARY 28, 2007** |
| MIDDLE DISTRICT OF ALABAMA | |
| | DIGITAL RECORDING: **10:01 - 10:07** |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:07CR-31-WHA-CSC**        DEFT. NAME: **LUIS HERNANDEZ-ARRELLO**

USA: **A. CLARK MORRIS**        ATTY: **PAUL COOPER**

Type Counsel: ( ) Retained;  (√) Panel CJA;  ( ) Waived;  ( ) CDO ;

USPTSO/USPO: _____

Defendant  √ does ___ does NOT need an interpreter;  NAME: **BEVERLY CHILDRESS**

---

- √ Kars.  Date of Arrest **2/26/07**  or  ☐ Rule 5 Arrest
- √ kia.  Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- √ koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐  Government's **WRITTEN** Motion for Detention Hrg. filed.  **DETENTION HRG**  ☐ held;  ☐ Set for _____ ;  ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
  ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- √ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing  ☐ set for _____ ;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.  Waiver of Preliminary hearing;
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.  **ARRAIGNMENT** SET FOR: _____   √ **HELD**. Plea of **NOT GUILTY** entered.
  √ **Trial Term 4/23/07**         ☐ **PRETRIAL CONFERENCE DATE:** _____
  √ **DISCOVERY DISCLOSURES DATE:**   **3/2/07**