AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

LUIS HERNANDEZ-ARRELLANO
USMS Custody, M/AL

**WARRANT FOR ARREST**

Case Number: 2:07cr31-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LUIS HERNANDEZ-ARRELLANO__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with  (brief description of offense)

Reentry of deported alien (1 count)

in violation of Title __8__ United States Code, Section(s) __1326(b)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

Signature of Issuing Officer  /s/ Joyce Taylor

February 23, 2007 - Montgomery, AL
Date and Location

**RETURNED AND FILED**

MAR - 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Montgomery, Alabama

| DATE RECEIVED 2/28/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/28/07 | Michael H. Bates  DUSM | /s/ Michael H. Bates |

Received 2007 FEB 26 A 9:05