```
              IN THE UNITED STATES DISTRICT COURT OF
                     MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION

UNITED STATES OF AMERICA,      *
     PLAINTIFF,                *
                               *
vs.                            *        CASE NO. 2:07cr31-MEF
                               *
LUIS HERNANDEZ-ARELLANO,       *
     DEFENDANT.                *
```

**NOTICE OF INTENT TO FILE PLEA**

COMES NOW LUIS HERNANDEZ-ARELLANO, by his counsel, Paul R. Cooper, and hereby gives notice of intent to file a plea of guilty.

```
                              S/Paul R. Cooper
                              Paul R. Cooper
                              COOPER & COOPER
                              12 Scott Street
                              Montgomery, AL 36104
                              Phone: (334)262-4887
                              Fax:   (334)262-4880
                              E-mail: prc@cooperandcooperlaw.com
                              ASB-1152-R78P
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify

that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

                        Respectfully Submitted,

                        S/Paul R. Cooper  
                        Paul R. Cooper  
                        COOPER & COOPER  
                        12 Scott Street  
                        Montgomery, AL 36104  
                        Phone: (334)262-4887  
                        Fax:  (334)262-4880  
                        E-mail: prc@cooperandcooperlaw.com  
                        ASB-1152-R78P