```
          IN THE UNITED STATES DISTRICT COURT OF
                MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,     *
     PLAINTIFF,               *
                              *
vs.                           *     CASE NO. 2:07cr31-WKW
                              *
LUIS HERNANDEZ-ARRELLANO,     *
     DEFENDANT.               *
```

### MOTION TO SENTENCE CASES TOGETHER

COMES NOW LUIS HERNANDEZ-ARELLANO, by his counsel, Paul R. Cooper, and hereby moves to have sentencing in two cases at the same time. As grounds, he states as follows:

1. Defendant pled guilty to a drug related crime in United States v. Luis Hernandez-Arrellano, Case No. 2:06-cr-147WKW.

2. His sentence in case No. 2:06-cr-147WKW is set for March 20, 2007 at 3:00 p.m. before District Judge William Keith Watkins.

3. On March 13, 2007 District Judge W. Harold Albritton assigned case nos. 2:07cr31 to District Judge William Keith Watkins.

4. The Defendant has filed a notice of intent to change plea, and will plead guilty in this case. Further, he will waive a presentence report and ask that he be sentenced in both cases.

Wherefore, in order to save judicial time and economy, and benefit the Defendant, Luis Hernandez-Arrellano requests that the sentences in both 2:06-cr-147-WKW and 2:07-cr-31-WKW be held together simultaneously.

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax: (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P

**CERTIFICATE OF SERVICE**

I hereby certify that on the March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P