```
          IN THE UNITED STATES DISTRICT COURT OF
                MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     PLAINTIFF, | * | |
| | * | |
| vs. | * | CASE NO. 2:07cr31-WKW |
| | * | |
| LUIS HERNANDEZ-ARRELLANO, | * | |
|     DEFENDANT. | * | |

**WAIVER OF PRESENTENCE REPORT**

COMES NOW LUIS HERNANDEZ-ARELLANO, by his counsel, Paul R. Cooper, and hereby waives a presentence report. As grounds, he states as follows:

1. His sentence in case No. 2:06-cr-147WKW is set for March 20, 2007 at 3:00 p.m. before District Judge William Keith Watkins.

2. On March 13, 2007 District Judge W. Harold Albritton assigned case nos. 2:07cr31 to District Judge William Keith Watkins.

3. On March 14, 2007, Defendant filed a Notice of Intent to Change Plea in this case. He will plea guilty under a Rule 11(c)(1) (C) , FRCrP, Plea Bargain, for concurrent time.

Wherefore, in order to save judicial time and economy, and benefit the Defendant, Luis Hernandez-Arrellano waives a presentence report so that the sentencings in both 2:06-cr-147-WKW and 2:07-cr-31-WKW be held together simultaneously.

                                              S/Paul R. Cooper
                                              Paul R. Cooper
                                              COOPER & COOPER
                                              12 Scott Street
                                              Montgomery, AL 36104
                                              Phone: (334)262-4887
                                              Fax:  (334)262-4880
                                              E-mail: prc@cooperandcooperlaw.com
                                              ASB-1152-R78P

**CERTIFICATE OF SERVICE**

I hereby certify that on the March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P