MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*     **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:07cr31-WKW*     **DEFENDANT NAME:** *Luis Hernandez-Arrellano*
**AUSA:** *A. Clark Morris*     **DEFENDANT ATTY:** *Paul Roy Cooper*

Type Counsel:    ( ) Waived;   ( ) Retained;   (x) Panel CJA;   ( ) CDO

**USPO:** Terrance Marshall

Defendant __x__ does _____ does NOT need and interpreter.

Interpreter present? _____ NO   __x__ YES   Name: Beverly Childress

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty          ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

X Count(s) ___1___ of the Felony Indictment.

❏ Count(s) _____ ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

x — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing ❏ to be set by Separate Order

x — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  x Sentencing x set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.