IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-31-WKW |
| | ) | |
| LUIS HERNANDEZ-ARELLANO | ) | |

## **ORDER**

Before the court is Luis Hernandez-Arellano's Motion to Sentence Cases Together (Doc. # 9). Upon due consideration, it is ORDERED that the motion be GRANTED. The sentencing hearings in 2:06-cr-147-WKW and 2:07-cr-31-WKW are scheduled for **March 20, 2007**.

DONE this 20th day of March, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE