IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-31-WKW |
| ) | |
| LUIS HERNANDEZ-ARELLANO ) | |

## **ORDER**

Before the court is Luis Hernandez-Arellano's Motion to Combine Cases (Doc. # 5). Upon due consideration, it is ORDERED that the motion be DENIED.

DONE this 20th day of March, 2007.

                                                /s/  W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE