IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     PLAINTIFF, | * | |
| | * | |
| vs. | * | CASE NO. 2:07cr31-WHA |
| | * | |
| LUIS HERNANDEZ-ARELLANO, | * | |
|     DEFENDANT. | * | |

**MOTION TO ISSUE PAYMENT VOUCHER**

COMES NOW LUIS HERNANDEZ-ARELLANO, by his counsel, Paul R. Cooper, and moves to issue a Criminal Justice Act Form 20 payment voucher. As grounds, he states as follows:

1. Defendant's attorney was appointed to represent him in Case No. 2:06cr147-WKW under the Criminal Justice Act (CJA).

2. On or about February 28, 2007, Defendant's attorney began representation in this case. Defendant was indicted for "Reentry of a removed alien" under 8 U.S.C. §1326.

3. He pleaded guilty, and on March 20, 2007 he was sentenced at the same time as Case No. 2:06cr147-WKW.

4. That there has not been a CJA 20 Appointment and Authority to pay Court Appointed Counsel issued in this case.

Wherefore, these premises considered, Defendant requests that a CJA 20 Appointment and Authority to pay Court Appointed Counsel be issued in this case.

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:  (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P

## CERTIFICATE OF SERVICE

I hereby certify that on theMarch 27, 2007 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

Respectfully Submitted,


S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:  (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P