**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 2:07CR31-WKW** |
| | ) | |
| **LUIS HERNANDEZ-ARELLANO** | ) | |

**ORDER**

Upon consideration of the *Motion to Issue Payment Voucher* (doc. #17) filed by the defendant, it is

**ORDERED** that the motion be and hereby **GRANTED**. The Clerk of the Court shall issue the appropriate CJA payment voucher to counsel.

Done this 28th day of March, 2007.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE