AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: LUIS HERNANDEZ-ARELLANO
CASE NUMBER: 2:07cr31-WKW

Judgment — Page 2 of 5

RECEIVED
2007 JUN 29 A 11: 03
UNITED STATES
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

6 Months to run concurrently with the sentence imposed in 2:06cr147-03-WKW

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

RETURNED AND FILED
JUL - 5 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on   06/20/07   to   MCA
at   McRae, Georgia   , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _Kathy Grimm_
DEPUTY UNITED STATES MARSHAL
Records